1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

10

11   SUSAN F. WYATT,                    Case No. EDCV 15-1961 SS

12                Plaintiff,

13       v.                                      **JUDGMENT**

14   CAROLYN W. COLVIN, Acting
     Commissioner of the Social
15   Security Administration

16                Defendant.

17

18

19       IT IS ADJUDGED that the decision of the Commissioner is

20   REVERSED and that the above-captioned action is REMANDED to the

21   Commissioner for further action consistent with the Court's

22   Memorandum Decision and Order.

23

24   DATED:  October 19, 2016

25

26                                   _____/S/_____

                                     SUZANNE H. SEGAL
27                                   UNITED STATES MAGISTRATE JUDGE

28